# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0964

_____

ANTONIO MILLS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bradford County.
James M. Colaw, Judge.

February 23, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stacy A. Scott, Public Defender, and Susan Ward, Assistant Public Defender, Starke, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.